

**MARK TRINCHERO, OSB #883221**
marktrinchero@dwt.com
**P. ANDREW MCSTAY, JR., OSB #033997**
andrewmcstay@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2300
Portland, Oregon 97201
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

     Attorneys for Defendants Comcast Phone of Oregon, LLC;
     Electric Lightwave, LLC; Eschelon Telecom, Inc.;
     Eschelon Telecom of Oregon, Inc.; and Integra Telecom of Oregon, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **NORTH COUNTY COMMUNICATIONS CORPORATION**, a California corporation, <br><br>        **PLAINTIFF**, <br><br>    v. <br><br> **360NETWORKS (USA), INC.**, a Nevada corporation; **ALLEGIANCE TELECOM INTERNATIONAL, INC.**, a Delaware corporation; **ALLEGIANCE TELECOM OF OREGON, INC.**, a Delaware corporation; **COMCAST PHONE OF OREGON, LLC**, a Delaware limited liability company; **ELECTRIC LIGHTWAVE, LLC**, a Delaware limited liability company; **ESCHELON TELECOM, INC.**, a Delaware corporation; **ESCHELON TELECOM OF OREGON, INC.**, a Minnesota corporation; **INTEGRA TELECOM OF OREGON, INC.**, an Oregon corporation; and **TELEPORT COMMUNICATIONS GROUP, INC.**, a Delaware corporation, <br><br>        **DEFENDANTS**. | Case No. **CV'10 - 0180 -    PK** <br><br> **NOTICE OF REMOVAL** <br> **and DEMAND FOR JURY TRIAL** |

     TO:    THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
              OREGON

Page 1 – NOTICE OF REMOVAL

DWT 14045047v1 0050033-004795

# 31763

Defendants Comcast Phone of Oregon, LLC ("Comcast"); Electric Lightwave, LLC ("ELI"); Eschelon Telecom, Inc. ("Eschelon"); Eschelon Telecom of Oregon, Inc. ("Eschelon-Oregon"); and Integra Telecom of Oregon, Inc. ("Integra") (collectively, "Defendants") for their Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446 and through their undersigned counsel, state as follows:

1.    Plaintiff North County Communications Corporation ("North County") commenced an action in the Circuit Court of the State of Oregon, County of Multnomah, ("Multnomah County Court") by filing a Complaint on January 12, 2010.

2.    Each of the Defendants received a Summons and Complaint on January 19, 2010. A copy of the Complaint is attached as Exhibit A, and copies of the Summonses are attached as Exhibit B, and constitute all process, pleadings, and orders received by Defendants in the action up to the present date.

3.    This Notice of Removal is filed with this Court within thirty (30) days of receipt of the Complaint by each Defendant as required by 28 U.S.C. § 1446(b).

4.    This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, which provide for removal of a civil action arising under the Constitution, laws, or treaties of the United States.

5.    Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the District of Oregon is the federal district court for the district embracing the place where the state court suit is pending.

6.    Venue lies in this Court because plaintiff's action is pending in Multnomah County Circuit Court, which is within this District and Division. 28 U.S.C. § 1446(a).

## FEDERAL QUESTION JURISDICTION EXISTS

7.      Removal of this action to the United States District Court for the District of Oregon is proper based on federal question jurisdiction under 28 U.S.C. § 1331 because Plaintiff's First and Third Causes of Action attempt to determine and enforce rights that purport to arise under the Constitution, laws, or treaties of the United States, specifically the Federal Communications Act and the rules of the Federal Communications Commission. *See Sparta Surgical Corp. v. Nat'l Assn. of Sec. Dealers, Inc.*, 159 F.3d 1209 (9th Cir. 1998).

8.      Plaintiff's Second Cause of Action also attempts to enforce rights purporting to arise under the Federal Communications Act (Complaint ¶¶ 42–49). But to the extent Plaintiff may have intended its Second Cause of Action to state a claim arising under State law, the Court has supplemental jurisdiction over that cause of action under 28 U.S.C. § 1367.

9.      Defendants are serving written notice of the filing of this Notice of Removal upon North County and will cause a copy of this Notice to be filed with the Court Administrator of the Multnomah County Circuit Court in accordance with 28 U.S.C. § 1446(d).

10.     Defendants reserve the right to amend or supplement this Notice of Removal.

11.     Defendants have good and sufficient defenses to this action and do not waive any defenses, jurisdictional or otherwise, by the filing of this Notice.

12.     Pursuant to Fed. R. Civ. P. 81(c), Defendants shall answer, move, plead, or otherwise respond to the Complaint within seven (7) days of the date of filing this Notice of Removal.

13.     This notice is filed in accordance with Fed. R. Civ. P. 11.

14.     Upon information and belief, Defendants assert that Allegiance Telecom International, Inc. and Allegiance Telecom of Oregon, Inc. have not been served at the time of

this Notice or are defunct corporations and are nominal defendants.    Upon information and

belief, Defendants further assert that defendants 360Networks (USA), Inc. and Teleport

Communications Group, Inc. are nominal defendants.

15.    Defendants request a jury trial on all issues so triable.

**WHEREFORE,** Defendants remove the above-captioned action from the Circuit Court

of the State of Oregon, County of Multnomah, to the United States District Court for the District

of Oregon.

**DAVIS WRIGHT TREMAINE LLP**

Dated:  February 18, 2010                    By _____

Mark Trinchero, OSB #883221
marktrinchero@dwt.com
P. Andrew McStay, Jr., OSB #033997
andrewmcstay@dwt.com
Attorneys for Defendants
(503) 241-2300 (telephone)
(503) 778-5299 (facsimile)

Attorneys for Defendants Comcast Phone
of Oregon, LLC; Electric Lightwave, LLC;
Eschelon Telecom, Inc.; Eschelon Telecom
of Oregon, Inc.; and Integra Telecom of
Oregon, Inc.

JAN 1 2 2010

TRUE COPY
OF ATTORNEYS FOR _Plaintiff_

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

No. _1001-00546_

| | |
|---|---|
| NORTH COUNTY COMMUNICATIONS CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>360NETWORKS (USA), INC., A Nevada Corporation; ALLEGIANCE TELECOM INTERNATIONAL, INC., a Delaware Corporation; ALLEGIANCE TELECOM OF OREGON, INC., a Delaware Corporation; COMCAST PHONE OF OREGON, LLC, a Delaware Limited Liability Company; ELECTRIC LIGHTWAVE, LLC, a Delaware Limited Liability Company; ESCHELON TELECOM, INC., a Delaware Corporation; ESCHELON TELECOM OF OREGON, INC., a Minnesota Corporation; INTEGRA TELECOM OF OREGON, INC., an Oregon Corporation; TELEPORT COMMUNICATIONS GROUP, INC., a Delaware Corporation,<br><br>Defendants. | **COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF** (Breach of Implied Contract; Quantum Meruit; Declaratory Relief (28 U.S.C. § 2201))<br><br><br>**Claim does not exceed $75,000**<br><br>**Not Subject to Mandatory Arbitration** |

## INTRODUCTORY STATEMENT

1.

Plaintiff is a competitive local phone company, or "CLEC", that provides switched and non-switched local exchange, exchange access, and other telecommunications services to end users in Oregon. Competitive Local Exchange Carrier ("CLEC") is a wireline telephone company providing local exchange service (local telephone service) that is not one of the

**PAGE 1 – COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF**

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon 97205
(503) 220-0717

1    former monopoly local phone companies (i.e. Qwest, AT&T, etc.).

2                   2.

3         Defendants are CLEC providers that offer calling plans allowing calls to areas

4    serviced by North County Communications Corp. ("North County").

5                   3.

6         The Defendants' end users make "local" calls to North County's end users.

7                   4.

8         Carriers have a duty of reciprocal compensation for this type of "local" traffic where

9    the carrier of the end user who originates or "makes" the call pays the carrier who terminates

10    the call to its end user who "receives" the call.

11                   5.

12         This reciprocal compensation of carriers has traditionally been set by carriers filing a

13    schedule of rates (commonly referred to as a "Tariff"). Oregon has chosen not to use a tariff

14    system for CLEC's. Instead Oregon handles intercarrier compensation through private

15    contract or use of informal price lists and good faith that carriers will pay for services

16    performed in the absence of contract.

17                   6.

18         North County has interconnection agreements with other CLEC's and incumbent local

19    exchange carriers (former monopoly LEC's) such as Qwest Corp.

20                   7.

21         North County has a public official price list available to any interconnecting carrier

22    stating its rates for this reciprocal compensation, a copy of which is attached hereto as

23    Exhibit 1, and it is incorporated herein by reference as if set forth verbatim. This price list

24    was published to the Oregon Public Utilities Commission as is always available from North

25    County directly.

26    / / / / /

**PAGE 2 – COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF**

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon 97205
(503) 220-0717

1                             8.

2        North County has served invoices on Defendants for terminating traffic to North

3   County's end users.

4                             9.

5        Defendants have not paid these invoices and continue to terminate traffic to North

6   County.  North County is required to interconnect with Defendants and accept traffic from

7   them and is now in the position of having to collect for services rendered and ensure payment

8   for future call termination services.

9                   **JURISDICTION AND VENUE**

10                          10.

11       This action is brought under Oregon state law, to recover damages and the costs of

12   suit, including reasonable attorneys' fees, against the Defendants for the injuries plaintiff,

13   North County Communications Corp. (hereinafter referenced as "North County") received in

14   the State of Oregon.  The exchanges of local telecommunications traffic for which fair

15   compensation is owed occurred wholly within the state of Oregon, and a substantial portion

16   of which in Multnomah County.  This action is also brought under the Federal Declaratory

17   Judgment Act, 28 U.S.C. §2201 (a).

18                          11.

19       At all times relevant to this complaint the defendants were registered with the

20   Secretary of State to do business in the State of Oregon, and were in fact doing business in

21   Multnomah County.

22                       **PARTIES**

23                       12.

24       Plaintiff NORTH COUNTY COMMUNICATIONS CORPORATION, a California

25   corporation, is a competitive local exchange carrier ("CLEC") that provides

26   telecommunications services in Multnomah County and throughout Oregon pursuant to the

**PAGE 3 – COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF**

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon  97205
(503) 220-0717

1   Telecommunications Act of 1996 and Oregon state law.

2   13.

3       Plaintiff is informed and believes that ALLEGIANCE TELECOM

4   INTERNATIONAL, INC. is a Delaware Corporation and was, at all times relevant to this

5   Complaint, doing business in Multnomah County, Oregon.

6   14.

7       Plaintiff is informed and believes that ALLEGIANCE TELECOM OF OREGON,

8   INC. is a Delaware Corporation and was, at all times relevant to this Complaint, doing

9   business in Multnomah County, Oregon.

10   15.

11       Plaintiff is informed and believes that COMCAST PHONE OF OREGON, LLC is a

12   Delaware Limited Liability Company and was, at all times relevant to this Complaint, doing

13   business in Multnomah County, Oregon.

14   16.

15       Plaintiff is informed and believes that ELECTRIC LIGHTWAVE, LLC is a Delaware

16   Limited Liability Company and was, at all times relevant to this Complaint, doing business in

17   Multnomah County, Oregon.

18   17.

19       Plaintiff is informed and believes that ESCHELON TELECOM, INC. is a Delaware

20   Corporation and was, at all times relevant to this Complaint, doing business in Multnomah

21   County, Oregon.

22   18.

23       Plaintiff is informed and believes that ESCHELON TELECOM OF OREGON, INC.

24   is a Minnesota Corporation and was, at all times relevant to this Complaint, doing business in

25   Multnomah County, Oregon.

26   /////

**PAGE 4 – COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF**

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon 97205
(503) 220-0717

Exhibit A
Page 4 of 12

1          19.

2 ·          Plaintiff is informed and believes that INTEGRA TELECOM OF OREGON, INC. is

3      an Oregon Corporation and was, at all times relevant to this Complaint, doing business in

4      Multnomah County, Oregon.

5                      **FACTUAL ALLEGATIONS**

6          20.

7          Congress in 1996, as part of the continuing introduction of competition into telephony

8      services, passed the Telecommunications Act of 1996, Pub. LA. No. 104-104, 110 Stat. 56

9      (1996) (the "Act").  Prior to the Act, local phone service was run by monopolies, now

10     referred to as Incumbent Local Exchange Carriers ("ILEC's")The Act allowed new

11     companies, called Competitive Local Exchange Carriers ("CLEC's"), to compete with the

12     ILEC's and other CLEC's in providing local telephony service.

13         21.

14         Plaintiff is a CLEC that provides switched and non-switched local exchange,

15     exchange access, and other telecommunications services to end users in Oregon.

16         22.

17         Defendants are other CLEC providers that offer calling plans allowing calls to end

18     users serviced by North County.

19         23.

20         The Defendants' end users make local area and intraLATA calls to North County's

21     end users.  Local Access and Transport Area ("LATA") is a regional subdivision of the

22     United States used solely in wireline telephony and are based on the region that creates a

23     "local" market both economically and in terms of the technical hubs and aggregation points

24     for wireline communications traffic.  IntraLATA traffic is traffic that originates and

25     terminates in the same LATA, but is "long distance" because it is not in the same local

26     calling area, and IntraLATA traffic is regulated by the states rather than the FCC.

**PAGE 5 – COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF**

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon  97205
(503) 220-0717

1        24.

2        North County connects, or "terminates," local area and intraLATA calls sent to North

3    County's end users by the Defendants' end users.

4        25.

5        North County incurs costs in terminating local area and intraLATA calls sent to North

6    County's end users by the Defendants' end users.

7        26.

8        North County has an obligation to accept traffic from Defendants pursuant to 47

9    U.S.C. 251(a)(1): "Each telecommunications carrier has the duty to interconnect directly or

10    indirectly with the facilities and equipment of other telecommunications carriers."

11        27.

12        Defendants have a duty to compensate North County for completing their calls

13    pursuant to 47 U.S.C. 251(b)(5): "Each local exchange carrier has . . . [t]he duty to establish

14    reciprocal compensation arrangements for the transport and termination of

15    telecommunications." State utilities commissions have historically overseen the

16    determination of what constitutes local traffic and how it is compensated.

17        28.

18        The Oregon Public Utilities Commission, unlike many states, decided that it does not

19    have the statutory authority to require CLEC's to file tariffs. The Oregon Public Utilities

20    Commission therefore left enforcement of the duty of intercarrier compensation among

21    CLEC's such as Plaintiff and Defendants here up to private compensation agreements

22    (usually "interconnection agreements") or the state laws of equity in the rare situation where

23    there is no contract.

24        29.

25        The Defendants send traffic to the Plaintiff in the absence of an interconnection

26    agreement or a reciprocal compensation arrangement.

PAGE 6 – COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon 97205
(503) 220-0717

1          30.

2          North County has, and has had for the entire time complained of herein, a valid public

3   price list available to interconnecting carriers.

4          31.

5          North County began sending monthly bills to the Defendants for traffic termination in

6   January, 2003.

7          32.

8          Consistent with North County's price list and the FCC's traffic termination default

9   rate, North County billed the defendants $0.004 per minute and $0.007 per call set-up.

10          33.

11          Defendants have refused to pay these charges billed pursuant to the price list and

12   equitable duty to pay for services rendered.

13          34.

14          Defendants have continued sending traffic to the Plaintiff's end users, which North

15   County must connect, without compensating Plaintiff for call set-up or minutes of use.

16          **FIRST CLAIM FOR RELIEF**

17          **Breach of Implied Contract**

18          **(Against All Defendants)**

19          35.

20          Plaintiff incorporates by reference the allegations in paragraphs 1 through 34, above,

21   as though fully set forth herein.

22          36.

23          47 U.S.C. 251(b)(5) imposes a duty of reciprocal compensation on interconnecting

24   carriers when they pass traffic to a CLEC such as North County.

25          37.

26   Defendants did pass traffic to North County which it must terminate to the call recipient and

PAGE 7 – COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon 97205
(503) 220-0717

1    such conduct gives rise to an implied contract in the absence of a formal one since

2    Defendants are obligated to pay for services rendered by 47 U.S.C. 251(b)(5).

3                                         38.

4          No reasonable person could believe that North County was providing a gift or

5    terminating the traffic without expectation of compensation due to North County billing for

6    services rendered and the continued termination of traffic after repeated billings.

7                                         39.

8          The fair value of the services rendered is set by North County's public price list.

9                                         40.

10         As a result of the foregoing, Plaintiff has been damaged by Defendants refusal to pay

11   publicly announced rates in an approximate amount of $ 75,000, with the exact amount to be

12   determined at the time of trial.

13                                        41.

14         Plaintiff is entitled to an award of its reasonable attorney fees and costs pursuant to

15   47 U.S.C. §§ 201, 206.

16                          **SECOND CLAIM FOR RELIEF**

17                                  **Quantum Meruit**

18                              **(Against All Defendants)**

19                                        42.

20         Plaintiff incorporates by reference the allegations in paragraphs 1 through 41, above,

21   as though fully set forth herein.

22                                        43.

23         In order to maintain the ubiquity and seamlessness of the telecommunications system,

24   Plaintiff is required to terminate calls which originate on Defendants' networks and which are

25   intended for Plaintiff's end-users.

26   /////


PAGE 8 -- COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon 97205
(503) 220-0717

1      44.

2      Plaintiff terminated these calls and incurred costs in the process.

3      45.

4      Defendants knowingly accepted, used, enjoyed and benefitted from the services

5  provided by the Plaintiff.

6      46.

7      North County sent bills to the Defendants reflecting the reasonable value of the

8  services provided in the approximate amount of $ 75,000, with the exact amount to be

9  determined at trial.

10      47.

11      The Defendants have not disputed the reasonable value of the services provided or the

12  billings sent, nor have they paid said bills.

13      48.

14      It would be unjust to allow the Defendants to have the benefit of Plaintiff's services

15  without paying reasonable compensation for these benefits and the Defendants should be so

16  ordered to pay.

17      49.

18      Plaintiff is entitled to an award of its reasonable attorney fees and costs pursuant to

19  47 U.S.C. §§ 201, 206.

20      **THIRD CLAIM FOR RELIEF**

21      **Federal Declaratory Relief**

22      **(Against All Defendants)**

23      50.

24      Plaintiff incorporates by reference the allegations in paragraphs 1 through 49, above,

25  as though fully set forth herein.

26  / / / / /

**PAGE 9 – COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF**

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon 97205
(503) 220-0717

1          51.

2          North County seeks a judicial determination and declaration of its rights pursuant to

3     the Declaratory Judgment Act, 28 U.S.C. § 2201.

4          52.

5          Plaintiff asserts that it is entitled to be compensated for the termination of traffic

6     which the Defendants sent and continue to send to Plaintiff's end-users and Plaintiff is

7     informed and believes that the Defendants deny their obligation to pay the Plaintiff reciprocal

8     compensation. As a result, an actual controversy exists between the parties; and, it is in the

9     interests of judicial economy for this court to determine (1) the number of calls and the

10    number of minutes originating on the Defendants' networks and terminated on the Plaintiff's

11    network up through the time of trial, (2) that the Plaintiff is entitled to receive mutual

12    compensation for the termination of calls to Plaintiff's end-users which originate on the

13    Defendants' networks, and (3) that the Defendants are required to commit to compensate

14    Plaintiff at the public price list rate.

15         53.

16         Plaintiff is entitled to an award of its reasonable attorney fees and costs pursuant to

17    47 U.S.C. §§ 201, 206.

18         WHEREFORE, Plaintiff prays for judgment in its favor and against defendants as

19    follows:

20    (1)    On its First and Second Claims for Relief, for damages in the amount of at least

21           $75,000;

22    (2)    On its Third Claim for Relief, for a declaration of the parties' rights and

23           responsibilities with respect to (i) the number of calls and the number of minutes

24           originating on the Defendants' networks and terminated on the Plaintiff's network for

25           the time relevant to this complaint, (ii) the Plaintiff's entitlement to receive mutual

26           compensation for the termination of calls to Plaintiff's end-users which originate on

**PAGE 10 – COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF**

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon 97205
(503) 220-0717

1      the Defendants' networks, and (iii) the Defendants' obligation to compensate Plaintiff

2      at a rate to be determined by the appropriate regulatory body, or else refrain from

3      sending any traffic to Plaintiff's end-users;

4    (3)    For its reasonable attorneys' fees;

5    (4)    For costs of suit incurred herein; and

6    (5)    Such other and further relief as justice may require.

7      DATED this _____ day of January, 2010.

8      KENT & JOHNSON, LLP

9

10

        Christopher H. Kent, OSB No. 852530
11      ckent@kentlaw.com
        Leslie S. Johnson, OSB No. 954727
12      ljohnson@kentlaw.com
        Fax: (503) 220-4299
13      Attorneys for Plaintiff

14

15    59346

16

17

18

19

20

21

22

23

24

25

26


**PAGE 11 – COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF**

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon 97205
(503) 220-0717

# NORTH COUNTY COMMUNICATIONS CORPORATION

## OFFICIAL PRICE LIST: STATE OF OREGON

### Switched Access Service

1. Switched Access Service is available to interexchange carriers for originating or terminating intrastate interexchange calls to end user subscribers over local exchange lines furnished by the Company. The Company concurs in, and Switched Access Service is provided pursuant to, the intrastate switched access service tariff schedules of the ILEC in whose territory the service is provided on file with the Oregon Public Utility Commission that are current and in effect. Reference is hereby made to those schedules for all rates, terms, and conditions applicable to intrastate Switched Access Services provided by the Company.

2. Rates

| Rate Element | Charge |
|---|---|
| Local Switching (per access minute) | $0.0785 |


# NORTH COUNTY COMMUNICATIONS CORPORATION
3902 Rosecrans, Suite 465
San Diego, California 92110

## OFFICIAL PRICE LIST: STATE OF OREGON

2418/001/X28575-1

EXHIBIT _____1_____

PAGE __1__ OF __1__

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

NORTH COUNTY COMMUNICATIONS
CORPORATION, a California Corporation,

      Plaintiff,

      vs.

360NETWORKS (USA), INC., a Nevada Corporation;
ALLEGIANCE TELECOM INTERNAIONAL, INC.,
a Delaware Corporation; et al.

      Defendants.

No. 1001-00546

SUMMONS

TO:    ELECTRIC LIGHTWAVE, LLC

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

    DEFENDANT: READ THESE PAPERS CAREFULLY!

    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the third party plaintiffs do not have an attorney, proof of service upon the third party plaintiffs.

    If you have any questions you should see an attorney. You may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

CHRISTOPHER H. KENT, OSB #852530
LESLIE S. JOHNSON, OSB #954727
Of Attorneys for Plaintiff

KENT & JOHNSON, LLP
1500 S.W. Taylor Street
Portland, Oregon 97205
Telephone: (503) 220-0717

STATE OF OREGON, County of Multnomah    ) ss.

    I, the undersigned attorney of record for the plaintiffs, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

                                      Attorney of Record for Plaintiff

TO THE OFFICER OR OTHER PERSON SERVICING THIS SUMMONS:    You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attached hereto.

                                       Attorney of Record for Plaintiff

59473

**PAGE 1 – SUMMONS**

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon 97205
(503) 220-0717

1

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

2    NORTH COUNTY COMMUNICATIONS
     CORPORATION, a California Corporation,                    No. 1001-00546

3

4                         Plaintiff,                           **SUMMONS**

5           vs.

6    360NETWORKS (USA), INC., a Nevada Corporation;
     ALLEGIANCE TELECOM INTERNAIONAL, INC.,

7    a Delaware Corporation; et al.

8                         Defendants.

9    TO:    COMCAST PHONE OF OREGON, INC.

10   You are hereby required to appear and defend the complaint filed against you in the above-entitled action within
     thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for

11   want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

12          **DEFENDANT: READ THESE PAPERS CAREFULLY!**

13          You must "appear" in this case or the other side will win automatically. To
     "appear" you must file with the court a legal paper called a "motion" or "answer."      CHRISTOPHER H. KENT, OSB #852530

14   The "motion" or "answer" must be given to the court clerk or administrator within      LESLIE S. JOHNSON, OSB #954727
     30 days along with the required filing fee. It must be in proper form and have proof     Of Attorneys for Plaintiff

15   of service on the plaintiff's attorney or, if the third party plaintiffs do not have an
     attorney, proof of service upon the third party plaintiffs.

16                                                                                           KENT & JOHNSON, LLP
            If you have any questions you should see an attorney.  You may call the          1500 S.W. Taylor Street

17   Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in            Portland, Oregon  97205
     Oregon at (800) 452-7636.                                                               Telephone: (503) 220-0717

18
     STATE OF OREGON, County of Multnomah      ) ss.

19

20          I, the undersigned attorney of record for the plaintiffs, certify that the foregoing is an exact and
     complete copy of the original summons in the above entitled action.

21

22                                                                                   _____
                                                                                     Attorney of Record for Plaintiff

23   TO THE OFFICER OR OTHER PERSON SERVICING THIS SUMMONS:    You are hereby directed to
     serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the

24   individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of
     service on the reverse hereof or upon a separate similar document which you shall attached hereto.

25

26                                                                                   _____
                                                                                     Attorney of Record for Plaintiff

     59472

     **PAGE 1 – SUMMONS**

                                                                          KENT & JOHNSON, LLP
                                                                                 1500 SW Taylor Street
                                                                                 Portland, Oregon  97205
                                                                                 (503) 220-0717

Exhibit B
Page 2 of 5

1               IN THE CIRCUIT COURT OF THE STATE OF OREGON
                   FOR THE COUNTY OF MULTNOMAH

2   NORTH COUNTY COMMUNICATIONS
     CORPORATION, a California Corporation,

3                            No. 1001-00546

4             Plaintiff,

                            SUMMONS

5       vs.

6   360NETWORKS (USA), INC., a Nevada Corporation;
     ALLEGIANCE TELECOM INTERNAIONAL, INC.,
7   a Delaware Corporation; et al.

             Defendants.

8

9   **TO:    ESCHELON TELECOM, INC.**

10  You are hereby required to appear and defend the complaint filed against you in the above-entitled action within thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

12     **DEFENDANT: READ THESE PAPERS CAREFULLY!**

13       You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the plaintiff's attorney or, if the third party plaintiffs do not have an attorney, proof of service upon the third party plaintiffs.

       If you have any questions you should see an attorney. You may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

_____
CHRISTOPHER H. KENT, OSB #852530
LESLIE S. JOHNSON, OSB #954727
Of Attorneys for Plaintiff

KENT & JOHNSON, LLP
1500 S.W. Taylor Street
Portland, Oregon 97205
Telephone: (503) 220-0717

18  STATE OF OREGON, County of Multnomah   ) ss.

20       I, the undersigned attorney of record for the plaintiffs, certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

_____
Attorney of Record for Plaintiff

22      --------------------------------

23  TO THE OFFICER OR OTHER PERSON SERVICING THIS SUMMONS:  You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attached hereto.

_____
Attorney of Record for Plaintiff

59474

**PAGE 1 – SUMMONS**

1

IN THE CIRCUIT COURT OF THE STATE OF OREGON
FOR THE COUNTY OF MULTNOMAH

2

NORTH COUNTY COMMUNICATIONS
CORPORATION, a California Corporation,          No. 1001-00546

3

4

          Plaintiff,

vs.                                            **SUMMONS**

5

6

360NETWORKS (USA), INC., a Nevada Corporation;
ALLEGIANCE TELECOM INTERNAIONAL, INC.,
a Delaware Corporation; et al.

7

          Defendants.

8

9

**TO:    INTEGRA TELECOM OF OREGON, INC.**

10

You are hereby required to appear and defend the complaint filed against you in the above-entitled action within
thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for
want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

11

12

DEFENDANT: READ THESE PAPERS CAREFULLY!

13

        You must "appear" in this case or the other side will win automatically.  To
"appear" you must file with the court a legal paper called a "motion" or "answer."     CHRISTOPHER H. KENT, OSB #852530

14

The "motion" or "answer" must be given to the court clerk or administrator within   LESLIE S. JOHNSON, OSB #954727
30 days along with the required filing fee.  It must be in proper form and have proof   Of Attorneys for Plaintiff

15

of service on the plaintiff's attorney or, if the third party plaintiffs do not have an
attorney, proof of service upon the third party plaintiffs.

16

                                                                     KENT & JOHNSON, LLP
        If you have any questions you should see an attorney.  You may call the    1500 S.W. Taylor Street

17

Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in      Portland, Oregon  97205
Oregon at (800) 452-7636.                                                        Telephone: (503) 220-0717

18

STATE OF OREGON, County of Multnomah      ) ss.

19

20

        I, the undersigned attorney of record for the plaintiffs, certify that the foregoing is an exact and
complete copy of the original summons in the above entitled action.

21

22

                                                        Attorney of Record for Plaintiff

23

TO THE OFFICER OR OTHER PERSON SERVICING THIS SUMMONS:    You are hereby directed to
serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the

24

individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of
service on the reverse hereof or upon a separate similar document which you shall attached hereto.

25

26

                                                        Attorney of Record for Plaintiff

59476

**PAGE 1 – SUMMONS**

KENT & JOHNSON, LLP
1500 SW Taylor Street
Portland, Oregon  97205
(503) 220-0717

1    IN THE CIRCUIT COURT OF THE STATE OF OREGON
        FOR THE COUNTY OF MULTNOMAH

2    NORTH COUNTY COMMUNICATIONS
     CORPORATION, a California Corporation,                    No. 1001-00546

3
                    Plaintiff,
4                                                              **SUMMONS**

5            vs.

6    360NETWORKS (USA), INC., a Nevada Corporation;
     ALLEGIANCE TELECOM INTERNAIONAL, INC.,
     a Delaware Corporation; et al.
7

8                    Defendants.

9    **TO:    ESCHELON TELECOM OF OREGON, INC.**

10   You are hereby required to appear and defend the complaint filed against you in the above-entitled action within
     thirty (30) days from the date of service of this summons upon you, and in case of your failure to do so, for
11   want thereof, plaintiff(s) will apply to the court for the relief demanded in the complaint.

12       **DEFENDANT: READ THESE PAPERS CAREFULLY!**

13       You must "appear" in this case or the other side will win automatically.  To
     "appear" you must file with the court a legal paper called a "motion" or "answer."         CHRISTOPHER L. KENT, OSB #852530
14   The "motion" or "answer" must be given to the court clerk or administrator within         LESLIE S. JOHNSON, OSB #954727
     30 days along with the required filing fee.  It must be in proper form and have proof      Of Attorneys for Plaintiff
15   of service on the plaintiff's attorney or, if the third party plaintiffs do not have an
     attorney, proof of service upon the third party plaintiffs.                               KENT & JOHNSON, LLP
16                                                                                             1500 S.W. Taylor Street
         If you have any questions you should see an attorney.  You may call the              Portland, Oregon 97205
17   Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in             Telephone:  (503) 220-0717
     Oregon at (800) 452-7636.

18   STATE OF OREGON, County of Multnomah        ) ss.

19       I, the undersigned attorney of record for the plaintiffs, certify that the foregoing is an exact and
20   complete copy of the original summons in the above entitled action.

21                                                                    Attorney of Record for Plaintiff

22       ------------------------

23   TO THE OFFICER OR OTHER PERSON SERVICING THIS SUMMONS:    You are hereby directed to
     serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the
24   individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of
     service on the reverse hereof or upon a separate similar document which you shall attached hereto.

25
26                                                                    Attorney of Record for Plaintiff

     59475

     **PAGE 1 – SUMMONS**

                                                                     KENT & JOHNSON, LLP
                                                                      1500 SW Taylor Street
                                                                     Portland, Oregon  97205
                                                                        (503) 220-0717

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a copy of the foregoing **NOTICE OF REMOVAL**

on:

Christopher H. Kent
Leslie S. Johnson
Kent & Johnson, LLP
1500 S.W. Taylor Street
Portland, Oregon 97205
(503) 220-0717 (telephone)

Attorneys for Plaintiff

☒   by mailing a copy thereof in a sealed, first-class postage prepaid envelope,

addressed to said attorney's last-known address and deposited in the U.S. mail at Portland,

Oregon on the date set forth below;

Dated this 18th day of February, 2010.

DAVIS WRIGHT TREMAINE LLP

By _____
Mark Trinchero, OSB #883221
marktrinchero@dwt.com
P. Andrew McStay, Jr., OSB #033997
andrewmcstay@dwt.com
Attorneys for Defendants
(503) 241-2300 (telephone)
(503) 778-5299 (facsimile)